1   ADRIENNE C. PUBLICOVER (SBN: 161432)
    Email: adrienne.publicover@wilsonelser.com
2   CHARAN M. HIGBEE (SBN: 148293)
    Email: charan.higbee@wilsonelser.com
3   **WILSON, ELSER, MOSKOWITZ,**
      **EDELMAN & DICKER LLP**
4   525 Market Street – 17th Floor
    San Francisco, California 94105-2725
5   Telephone:    (415) 433-0990
    Facsimile:    (415) 434-1370
6
    Attorneys for Defendant,
7   **LIFE INSURANCE COMPANY OF NORTH AMERICA**

8   CHARLES B. PERKINS (SBN: 126942)
    Email: cbperk@earthlink.net
9   **FLYNN, ROSE & PERKINS**
    59 North Santa Cruz Avenue, Suite Q
10  Los Gatos, CA 95030
    Telephone:    (408) 399-4566
11  Facsimile:    (408) 399-6683

12  Attorney for Plaintiff,
    **CAROLYN GARBARINO**
13

14              **UNITED STATES DISTRICT COURT**

15              **NORTHERN DISTRICT OF CALIFORNIA**

16                    **SAN JOSE DIVISION**

17  CAROLYN GARBARINO,                    | Case No.: 5:10-cv004581-LHK

18                    Plaintiff,          | **STIPULATION REGARDING STANDARD**
                                          | **OF REVIEW; AND [~~PROPOSED~~] ORDER**
19  vs.

20  LIFE INSURANCE COMPANY OF NORTH       | Action Filed: October 8, 2010
    AMERICA and TANDEM COMPUTERS,         | Trial Date:    None
21  INC. LONG TERM DISABILITY PLAN,

22                    Defendants.

23

24       **IT IS HEREBY STIPULATED,** by and between plaintiff Carolyn Garbarino and

25  defendant Life Insurance Company of North America, through their attorneys of record, as follows:

26  / / /

27  / / /

28  / / /
                                    1.

1.      The Court shall apply the de novo standard of review to determine whether plaintiff is disabled under the terms of the subject ERISA Plan and/or the subject group policy issued by LINA, which is the subject of this ERISA action.


Dated: March 2, 2011                          WILSON, ELSER, MOSKOWITZ,
                                              EDELMAN & DICKER LLP


                              By:      /s/ Charan M. Higbee
                                      ADRIENNE C. PUBLICOVER
                                      CHARAN M. HIGBEE
                                      Attorneys for Defendant,
                                      **LIFE INSURANCE COMPANY OF
                                      NORTH AMERICA**


Date: March 2, 2011                           FLYNN, ROSE & PERKINS


                              By:      /s/ Charles B. Perkins
                                      CHARLES B. PERKINS
                                      Attorneys for Plaintiff
                                      **CAROLYN GARBARINO**


## ORDER

**IT IS SO ORDERED.**


Date: _ March 9, 2011          By:    _Lucy H. Koh_____
                                      HONORABLE LUCY H. KOH
                                      UNITED STATES DISTRICT COURT

STIPULATION REGARDING STANDARD OF REVIEW; AND [PROPOSED] ORDER
643986.1                                              Case No.: 5:10-cv004581-LHK