UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAROLYN GARBARINO, ) | Case No.: 10-CV-04581-LHK |
| ) Plaintiff, ) | ORDER CONTINUING JUNE 8, 2011 |
| v. ) | CASE MANAGEMENT CONFERENCE |
| ) | TO JUNE 22, 2011 |
| LIFE INSUR. CO. OF N. AMERICA, ET AL., ) | |
| ) | (re: dkt. #21) |
| Defendants. ) | |

A further case management conference is set in this action for June 8, 2011. On June 1, 2011, the parties filed a "Notice of Settlement and Request that Case Management Conference be Taken Off Calendar." *See* Dkt. #21. The parties represent to the Court that they have settled this action in its entirety, and that they anticipate the settlement will be completed by June 10, 2011. The parties request that the June 8, 2011 case management conference be taken off calendar and that the Court issue an Order to Show Cause why the case should not be dismissed in approximately 60 days.

In light of the parties' representations that a settlement will be completed by June 10, 2011, the Court will not vacate the case management conference, but will instead continue it until Wednesday, June 22, 2011 at 2:00 p.m. If, as anticipated, the parties complete their settlement and file a stipulation of dismissal by June 15, 2011 (or earlier, if possible), the Court will vacate the

1

Case No.: 10-CV-04581-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1   June 22, 2011 case management conference and dismiss the case.  If the case does not settle, the
2   parties must file a further case management statement by Wednesday, June 15, 2011.
3   **IT IS SO ORDERED.**

5   Dated: June 1, 2011

_____
LUCY H. KOH
United States District Judge