1  ADRIENNE C. PUBLICOVER (SBN: 161432)
   Email:  adrienne.publicover@wilsonelser.com
2  CHARAN M. HIGBEE (SBN: 148293)
   Email:  charan.higbee@wilsonelser.com
3  **WILSON, ELSER, MOSKOWITZ,**
     **EDELMAN & DICKER LLP**
4  525 Market Street – 17th Floor
   San Francisco, California 94105-2725
5  Telephone:    (415) 433-0990
   Facsimile:    (415) 434-1370
6
7  Attorneys for Defendants
   **LIFE INSURANCE COMPANY OF NORTH AMERICA**
   **And TANDEM COMPUTERS, INC. LONG TERM**
8  **DISABILITY PLAN**
9

10 CHARLES B. PERKINS (SBN: 126942)
   Email: cbperk@earthlink.net
   **FLYNN, ROSE & PERKINS**
11 59 North Santa Cruz Avenue, Suite Q
   Los Gatos, CA 95030
12 Telephone:    (408) 399-4566
   Facsimile:    (408) 399-6683
13
   Attorney for Plaintiff
14 **CAROLYN GARBARINO**

15
                    **UNITED STATES DISTRICT COURT**
16
                    **NORTHERN DISTRICT OF CALIFORNIA**
17
                              **SAN JOSE DIVISION**
18

| | |
|---|---|
| 19  CAROLYN GARBARINO, | Case No.: 5:10-cv-004581-LHK |
| 20              Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON** |
| 21  vs. | |
| 22  LIFE INSURANCE COMPANY OF NORTH AMERICA and TANDEM COMPUTERS, INC. LONG TERM DISABILITY PLAN, | Action Filed: October 8, 2010<br>Trial Date:    None |
| 24              Defendants. | |

25
26
27    **IT IS HEREBY STIPULATED,** by and between the parties to this action, plaintiff
28 CAROLYN GARBARINO and defendants LIFE INSURANCE COMPANY OF NORTH

1  AMERICA and TANDEM COMPUTERS, INC. LONG TERM DISABILITY PLAN, through
2  their respective attorneys of record, that the above-entitled action, and all claims for relief therein,
3  shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party
4  to bear its own costs and attorneys' fees.

Dated: June 7, 2011                    WILSON, ELSER, MOSKOWITZ,
                                       EDELMAN & DICKER LLP


                                       By:    /s/ Charan M. Higbee
                                              ADRIENNE C. PUBLICOVER
                                              CHARAN M. HIGBEE
                                              Attorneys for Defendants
                                              LIFE INSURANCE COMPANY OF NORTH
                                              AMERICA and TANDEM COMPUTERS,
                                              INC. LONG TERM DISABILITY PLAN


Date: June 7, 2011                     FLYNN, ROSE & PERKINS


                                       By:    /s/ Charles B. Perkins
                                              CHARLES B. PERKINS
                                              Attorneys for Plaintiff
                                              CAROLYN GARBARINO


### ORDER

The parties having stipulated that the above-entitled action, and all claims for relief therein, shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own costs and attorneys' fees,  The Clerk shall close the file.

**IT IS SO ORDERED.**


Dated:   June 7, 2011                  _____
                                       HONORABLE LUCY H. KOH
                                       UNITED STATES DISTRICT COURT JUDGE